UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIMBERLY GRIPPA,  CASE NO. _____
    Plaintiff,

vs.

RONALD RUBIN,
    Defendant.
_____/

## DECLARATION OF RONALD RUBIN

I, Ronald Rubin, hereby declare and state as follows:

1. I am over eighteen years of age, of sound mind, and suffer from no disease or defect that would render me incompetent to make this declaration. The facts set forth in this declaration are based on my personal knowledge.

2. In August 2019, I moved my residence from Florida to the District of Columbia.

3. I intend to remain in the District of Columbia indefinitely.

Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Executed September 15, 2020.

_____
Ronald Rubin

EXHIBIT 1