IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KIMBERLY GRIPPA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No.: 4:20cv457-MW/MAF**

**RONALD RUBIN,**

    **Defendant.**

_____/

**DEFENDANT'S NOTICE OF FILING
EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant, Ronald Rubin provides notice of filing the following exhibits in support of his Motion for Summary Judgment:

1. Ronald Rubin Declaration
2. James Kauffman Declaration
3. June 21, 2019, Letter from Tein to DeSantis
4. June 21, 2019, Letter from Tein to Miguel
5. Peter Penrod E-mail Approving Grippa Salary Increase (Rubin_Fed031898)
6. Peter Penrod Offer Letter to Kimberly Grippa (Rubin_Fed003652)
7. Kimberly Grippa Email Rejecting Position (Rubin_Fed025644)
8. Kimberly Grippa Deposition Testimony Excerpts
9. Peter Penrod Deposition Testimony Excerpts

Dated this 14th day of February 2022.

                                          **RONALD RUBIN,**

                                          **Defendant,
                                          By Counsel,**

/s/ James L. Kauffman

James L. Kauffman (FL # 012915)
Bailey & Glasser LLP
1055 Thomas Jefferson Street NW
Suite 540
Washington DC 20007
T: 202.463.2101
F: 202.463.2103
jkauffman@baileyglasser.com

## CERTIFICATE OF SERVICE

I certify that on February 14, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the EM/ECF and transmitted in accordance with CM/ECF requirements.

*/s/ James L. Kauffman*
**JAMES L. KAUFFMAN**