# Exhibit 1
## DECLARATION OF RONALD RUBIN

*Kimberly Grippa v. Ronald Rubin*
*Case No. 4:20cv457-MW/MAF*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KIMBERLY GRIPPA,**

    **Plaintiff,**

**v.**                                                      Case No.: 4:20cv457-MW/MAF

**RONALD RUBIN,**

    **Defendant.**

_____/

## DECLARATION OF RONALD RUBIN

I, Ronald Rubin, hereby declare and state as follows:

1. My name is Ronald Rubin, I am over 18 years of age, and I have personal knowledge of the statements made herein.

2. On or about June 10, 2019, I hired the law firm of Tein Malone, PLLC to represent me in an investigation being conducted by the Florida Department of Financial Services and Office of Financial Regulation. I also hired Tein Malone, PLLC to represent me in a potential lawsuit against lobbyist R. Paul Mitchell.

3. I hired Tein Malone, PLLC to replace my previous attorneys at Coffey Burlington. Michael Tein took over responsibility for all matters related to the investigation and any potential civil claims when his firm was retained.

4. For at least the first month of Tein Malone, PLLC's representation, I relied entirely upon Michael Tein's professional judgment in all actions taken on my behalf regarding the matters referenced in item #2 above.

5. I was unaware of many actions that Michael Tein took in the course of Tein Malone, PLLC's representation of me until after Michael Tein had taken them. Mr. Tein usually did not ask for my approval prior to his taking action on my behalf.

6. I first became aware of the June 21, 2019 letters after they had been sent to the recipients.

7. I did not author, contribute, direct or approve the June 21, 2019 letters that Michael Tein sent to Governor DeSantis and Inspector General Miguel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 11, 2022.

*/s/ Ronald Rubin*
RONALD RUBIN