# Exhibit 2
DECLARATION OF JAMES KAUFFMAN

*Kimberly Grippa v. Ronald Rubin*
*Case No. 4:20cv457-MW/MAF*

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**KIMBERLY GRIPPA,**

    **Plaintiff,**

**v.**                                                         **Case No.: 4:20cv457-MW/MAF**

**RONALD RUBIN,**

    **Defendant.**

_____/

## DECLARATION OF JAMES KAUFFMAN

1. I am a Partner at the law firm of Bailey & Glasser LLP and represent the Defendant in this action. The statements below are based on my personal knowledge.

2. I am a member in good standing of the Florida Bar and the Northern District of Florida.

3. Attached as Exhibit 3 to the Defendant's Notice of Filing Exhibits in Support of Motion for Summary Judgment is a true and correct copy of the June 21, 2019, letter sent by Michael Tein to Governor DeSantis.

4. Attached as Exhibit 4 to the Defendant's Notice of Filing Exhibits in Support of Motion for Summary Judgment is a true and correct copy of the June 21, 2019, letter sent by Michael Tein to Inspector General Melinda Miguel.

5. Attached as Exhibit 5 to the Defendant's Notice of Filing Exhibits in Support of Motion for Summary Judgment is a true and correct copy of an e-mail from Peter Penrod approving Kimberly Grippa's salary increase for her position with DFS. This document was produced in this matter by DFS.

6. Attached as Exhibit 6 to the Defendant's Notice of Filing Exhibits in Support of Motion for Summary Judgment is a true and correct copy of the May 10,

2019, offer letter Kimberly Grippa received from Peter Penrod for a position with DFS. This document was produced in this matter by Kimberly Grippa.

7. Attached as Exhibit 7 to the Defendant's Notice of Filing Exhibits in Support of Motion for Summary Judgment is a true and correct copy of the June 27, 2019 email from Kimberly Grippa to Ryan West rejecting the DFS job offer.

8. Attached as Exhibit 8 to the Defendant's Notice of Filing Exhibits in Support of Motion for Summary Judgment is a true and correct copy of excerpts from Kimberly Grippa's deposition testimony taken on December 22, 2021.

9. Attached as Exhibit 9 to the Defendant's Notice of Filing Exhibits in Support of Motion for Summary Judgment is a true and correct copy of excerpts from Peter Penrod's deposition testimony taken on June 1, 2021.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: February 14, 2022.

_____
JAMES KAUFFMAN