# Exhibit 4
## JUNE 21 2019 LETTER FROM TEIN TO MIGUEL

*Kimberly Grippa v. Ronald Rubin*
*Case No. 4:20cv457-MW/MAF*

# TEIN MALONE PLLC
## LAWYERS

June 21, 2019

Chief Inspector General Miranda Miguel
400 S. Monroe Street
Tallahassee, Florida 32399-0001

    RE:    *Ron Rubin Investigation & Request to Investigate CFO Jimmy Patronis*

Dear General Miguel:

We respectfully request that you assume jurisdiction over the pending investigation of OFR Commissioner Ron Rubin and open an investigation into heavily corroborated evidence of misuse of public office by CFO Jimmy Patronis and his inner circle, in violation of Fla. Stat. §§ 836.05 (threats and extortion); 838.016 (unlawful compensation or reward for official behavior) and 839.26 (misuse of confidential information).

The grounds for our request are described in our [letter](#) to Governor DeSantis and a [lawsuit](#) (both hyperlinked and attached). The letter and lawsuit detail improper, unethical and perhaps unlawful conduct on the part of Mr. Patronis and his enterprise, including the orchestration and publication of allegations against Rubin in retaliation for his refusal to join in illegal conduct. The lawsuit attaches and hyperlinks to supporting documentary evidence, including public records, email and text messages.

Please contact me if you would like copies of our evidence or to interview Mr. Rubin.

                          Respectfully submitted,
                                  /s
                          Michael Tein, Esq.
                        **TEIN MALONE, PLLC**
                      *Counsel to Commissioner Ron Rubin*

c:    Governor Ron DeSantis
      Attorney General Pam Moody
      Inspector General Bradley Perry
      Chief Financial Officer Jimmy Patronis



K. Grippa
DFT 119
12/22/21   MB