# Exhibit 5
PETER PENROD E-MAIL APPROVING GRIPPA SALARY INCREASE (RUBIN_FED031898)

*Kimberly Grippa v. Ronald Rubin*
*Case No. 4:20cv457-MW/MAF*



## Poppell, Brenda

**From:** Penrod, Peter
**Sent:** Monday, May 6, 2019 9:35 AM
**To:** Poppell, Brenda
**Cc:** DiGirolamo, Beverley
**Subject:** RE: Request for Management Appointment at Above Base - Deputy General Counsel # 001025 - Kimberly A. Grippa

Approved.

From: Poppell, Brenda
Sent: Monday, May 6, 2019 9:35 AM
To: Penrod, Peter <Peter.Penrod@myfloridacfo.com>
Cc: DiGirolamo, Beverley <Beverley.DiGirolamo@myfloridacfo.com>
Subject: Request for Management Appointment at Above Base - Deputy General Counsel #001025 - Kimberly A. Grippa

Would you please confirm your approval to hire Kimberly A. Grippa for Deputy General Counsel position #001025. This position will be temporarily located in the Insurance Consumer Advocates Office and reports to General Counsel Peter Penrod.

Management recommends an appointment salary of $100,000.00, which is $7,635.24 (15.49%) above the base salary of $64,533.48 for the position.

Please let me know if you need additional information or have questions.

Best Regards,

**Brenda Poppell**
Administrative Assistant III
Office of Chief Financial Officer Jimmy Patronis
Florida Department of Financial Services
Plaza Level 11, The Capitol
Tallahassee, Florida 32399-0301
Telephone: 850-413-2951
Email: Brenda.Poppell@myfloridacfo.com

Subscribe to Weekly Rundown, CFO Patronis' weekly newsletter 

*Please note that Florida has a broad public records law. Most written communications to or from state officials regarding state business are considered to be public records and will be made available to the public and the media upon request. Therefore, your e-mail message may be subject to public disclosure.*

1