# Exhibit 6
# PETER PENROD OFFER LETTER TO KIMBERLY GRIPPA (RUBIN_FED003652)

*Kimberly Grippa v. Ronald Rubin*
*Case No. 4:20cv457-MW/MAF*



**CHIEF FINANCIAL OFFICER**
**JIMMY PATRONIS**
STATE OF FLORIDA

May 10, 2019

Ms. Kimberly A. Grippa
106 Creek Forest Lane
Ormond Beach, Florida 32174

Dear Ms. Grippa:

It is my pleasure to offer you an opportunity to become a member of our team, which shares a common goal to provide the best possible service to the people of Florida.

You are being offered a Selected Exempt Services (SES) Position, Deputy General Counsel, with the Department of Financial Services. Your starting salary will be $100,000.00 per year with an anticipated effective date of July 1, 2019. Your immediate supervisor will be Peter Penrod, General Counsel.

Sincerely,

Peter L. Penrod
General Counsel

PLP/bp

FLORIDA DEPARTMENT OF FINANCIAL SERVICES
Peter Penrod • General Counsel
Office of the General Counsel
Plaza Level 11, The Capitol • Tallahassee, Florida 32399-0301 • Tel. 850-413-8856 • Fax 850-413-2950
Email • Peter.Penrod@myfloridacfo.com
AFFIRMATIVE ACTION • EQUAL OPPORTUNITY EMPLOYER

KG Production-028

Rubin_Fed003652