# Exhibit 7
KIMBERLY GRIPPA EMAIL REJECTING POSITION
(RUBIN_FED025644)

*Kimberly Grippa v. Ronald Rubin*
*Case No. 4:20cv457-MW/MAF*



From: Kim Grippa
To: West, Ryan
Date: Thursday, June 27, 2019 11:02:52 AM

Dear Mr. West,

I write to inform you that I decline the offer of employment at the Office of the Insurance Consumer Advocate. I enjoyed interviewing with you for the Deputy General Counsel position and was excited about the opportunity to serve the citizens of Florida in this role. Unfortunately circumstances have changed, and I will not subject myself to further attacks by Mr. Ronald Rubin.

Mr. Rubin, Commissioner of the Office of Financial Regulation, embarrassed, demeaned, and harassed me during what should have been a standard interview for the General Counsel position in his office. I gave a sworn statement and accurate account of my interview with Mr. Rubin. In addition, I texted my family right after the interview. Those texts clearly state that I would never work for such an individual. His ability to change the narrative on his behavior has been masterful, attempting to portray me as an incompetent person that he would never hire. This is not surprising considering that Mr. Rubin has an allegedly negative history of employment issues with female colleagues.

Over the last few months Mr. Rubin has sent out numerous press releases through a professional PR firm to slander my good name. For the last 21 years I have been a member of the Florida Bar, having graduated with honors from the Florida State University College of Law. I have been recognized for my legal advocacy for children and indigent individuals needing representation. I have served as Department Chair of the School of Business Administration at Daytona State College, as well as a Senior Professor teaching law and business courses at this fine institution. In my nine years at the college, I have also performed extensive legal work on behalf of the college. Prior to relocating to Ormond Beach, I was a faculty member at Florida State University College of Law while also doing pro bono legal work. I also proudly served as a Cabinet Aide. Although I also worked in private practice at Hopping, Green and Sams, I take most pride in my public service roles. Public service is about conducting yourself with a sense of ethics, always keeping in mind that you are doing the "people's work."

Over the past eighteen years I have also raised two beautiful daughters. It is my greatest hope that they nor any other women have to experience the toxic behavior that I endured. In my opinion, Mr. Rubin will continue to slander and harass me in the future because that is the type of person he seems to be. Knowing this, I would hate to bring attention to the good work being done for the citizens of Florida at the Office of the Insurance Consumer Advocate. Therefore, I must decline the job offer.

In conclusion, I plan on spending my time making sure this type of behavior never happens to another woman in the workplace. While I will still be moving to Tallahassee, I will not be accepting the Deputy General Counsel position within the Office of the Insurance Consumer Advocate and will seek employment elsewhere.

Kim Grippa