**Exhibit 8**
KIMBERLY GRIPPA DEPOSITION TESTIMONY
EXCERPTS

*Kimberly Grippa v. Ronald Rubin*
*Case No. 4:20cv457-MW/MAF*

Kimberly Grippa

vs.

Ronald Rubin

---

Deposition of:

Kimberly Grippa

December 22, 2021

*Vol 02*

---



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No. 4:20cv-457-MW/MAF

KIMBERLY GRIPPA,

        Plaintiff,

vs.

RONALD RUBIN,

        Defendant.

_____

VIDEO-RECORDED DEPOSITION OF KIMBERLY GRIPPA

Volume 2 of 2

(Pages 145 - 259)

Wednesday December 22, 2021
1:43 p.m. - 4:23 p.m.

Via Zoom

Stenographically reported by:

Mary Bouchard, RPR

Registered Professional Reporter

Job No.:  220541

Kimberly Grippa
December 22, 2021

Page 146

```
 1    APPEARANCES:

 2

 3    (All appearances via Zoom.)

 4
      On Behalf of Plaintiff:
 5
      MARIE A. MATTOX, P.A.
 6    203 North Gadsden Street
      Tallahassee, FL  32301
 7    (850)383-4800
      BY:  MARIE A. MATTOX, ESQ.
 8        marie@mattoxlaw.com

 9

10

11    On Behalf of Defendant:

12    BAILEY & GLASSER, LLP
      1055 Thomas Jefferson Street NW
13    Suite 540
      Washington, D.C.  20007
14    (202)463-2101
      BY:  JAMES L. KAUFFMAN, ESQ.
15        jkauffman@baileyglasser.com

16

17

18    ALSO PRESENT:

19    Alex Rampone, Videographer

20

21

22

23

24

25
```

Kimberly Grippa
December 22, 2021

Page 147

1                              I N D E X

2   KIMBERLY GRIPPA:
    Examination                                        Page
3   Continued Direct By Mr. Kauffman                   148
    Cross-Examination By Ms. Mattox                    252
4   Certificate of Oath                                256
    Certificate of Reporter                            257
5   Read and Sign Letter                               258
    Errata Sheet                                       259

6

7       (No Exhibits Marked on Behalf of Plaintiff)

8                    DEFENDANT'S EXHIBITS

9   No.        Description                             Page

10  106        05/20/19 Interview Statement            202
    107        04/12 West Calendar Entry               151
11  108        KG Production Bates 026-027             162
    109        Bates DFS 7-30-19 003161-3164           164
12  110        KGProduction-01, Email                  195
    111        Bates DFS 3-20-20 003629, Email         197
13  112        Bates DFS 03-20-20 003601-3604          198
    113        Bates DFS 3-20-20 002984-2985           218
14  114        Bates DFS 7-30-19 004915, Email         221
    115        07/12/19 Politico Article               223
15  116        Amended Petition                        224
    117        01/01/20 Email from Ms.                 225
16             Mattox/Charge of Discrimination
    118        06/21/19 Tein Malone Letter to          239
17             Governor DeSantis
    119        06/21/19 Tein Malone Letter             248
18  120        Deposition of Kimberly Grippa           251

19        EXHIBIT MARKED IN PREVIOUS A DEPOSITION

20  No.        Description                             Page

21    7        05/13/19 Email to Ryan West             175
     94        05/10 Text, 8:06 p.m.                   172
22

    STENOGRAPHER'S NOTE:  Marked exhibits were sent to
23  Phipps Reporting electronically.  A digital exhibit
    sticker was placed on the documents which were
24  marked during the proceeding. Previously marked
    exhibits were not sent.

25

Page 148

1      (Proceedings continued from Volume 1 at 1:43 p.m.)

2           THE VIDEOGRAPHER:  We're back on the

3      record.  The time is 1:43 p.m.

4    CONTINUED DIRECT EXAMINATION OF KIMBERLY GRIPPA

5    BY MR. KAUFFMAN:

6      Q.   All right.  Ms. Grippa, after your lunch

7    with Mr. Rubin, what happened after that with regard

8    to your job search?

9      A.   Well, I think I told you that.  I've given

10   you all of those -- there's all kinds of calendar

11   entries with people I met, there's all of the

12   applications for FSU, there's other communications

13   about meeting with people.  It just continues.

14     Q.   Right.  The job that you did get in April

15   was in the Department of Financial Services,

16   correct?

17     A.   Yes.

18     Q.   Okay.  And do you know how that came

19   about?

20     A.   How the job came about?

21     Q.   Uh-huh, how you came to get that job.

22     A.   I met with Ryan in April, 2019, and we

23   reviewed my resume, and we talked about things I had

24   done and what I was looking for.

25     Q.   Okay.  I'm going get some specifics here.

Kimberly Grippa
December 22, 2021

Page 240

 1         identified and will be marked by the

 2         stenographer for identification as Defendant's

 3         Exhibit 118 after the deposition is concluded.)

 4     BY MR. KAUFFMAN:

 5         Q.    When did you become aware of this letter?

 6         A.    I remember reading about it.  I don't

 7     remember.  I'm sure I read about it in the paper.

 8         Q.    Okay.  So you think that you read about

 9     this in the newspaper?

10         A.    Yes.

11         Q.    You did not receive a copy of this letter

12     when it was sent, right?

13         A.    I don't -- I don't remember.

14         Q.    Okay.  And then this was a letter that

15     was, at least appears to be mailed to Governor

16     DeSantis at the Capitol, correct?

17         A.    I'm sorry, what?

18         Q.    This looks like this was mailed to

19     Governor DeSantis at the Capitol, correct?

20              That's what the -- there's no email

21     address, right?  This looks like this was mailed,

22     correct?

23              MS. MATTOX:  It doesn't say mailed.  It

24         actually has a street address other than a PO

25         box.

Kimberly Grippa
December 22, 2021

1    BY MR. KAUFFMAN:

2        Q.   There's a street address and a PO box,

3    right?

4        A.    No.   There's no PO box.

5             MS. MATTOX:   The Capitol, and then it has

6        a street address.

7    BY MR. KAUFFMAN:

8        Q.   That's a street address for the Capitol,

9    right?

10       A.    Correct.

11       Q.   Okay.  And you sent your letter to your

12   email, your resignation, six days after this,

13   June 27th.  Now, what evidence do you have that

14   you were aware of this letter to Governor DeSantis

15   when you declined your position at DFS?

16       A.   I know I read it.

17       Q.   I know you read it, but how do you know

18   that you read it before you submitted your -- I

19   mean, this is six days after this, with what might

20   be a mailed letter.

21       A.   Oh, no I'm sure it was immediately in the

22   paper.

23       Q.   Okay.  So you're sure that you read it

24   before you sent --

25       A.   Yes.

Kimberly Grippa
December 22, 2021

Page 242

 1       Q.    -- your email to --

 2       A.    Yes.

 3       Q.    -- Mr. West?

 4             And do you know what news article you --

 5    you read this in?

 6       A.    No.

 7       Q.    Do you have a copy of any news articles

 8    that you read that contained this letter?

 9       A.    I don't have them with me.  I couldn't

10    tell you what they were.

11       Q.    Okay.  And then let's show Exhibit 119.

12    Actually, now before we do, let's stick with this

13    one.

14             You've read this letter, correct?

15       A.    Yes.

16       Q.    You've seen this letter before?

17       A.    Yes.

18       Q.    Okay.  Where in this letter are you

19    discussed?

20       A.    Okay.  So I believe the article had a link

21    to the complaint, and then my name -- wait a minute.

22    Which letter is this?

23             Hold on.  I have to refresh my memory on

24    this.

25             MS. MATTOX:  Let me see the rest of the

Kimberly Grippa
December 22, 2021

```
 1      letter.
 2    BY MR. KAUFFMAN:
 3      Q.   Yeah, keep scrolling down.
 4      A.   Yes.  The lawsuit was linked in the
 5    article.
 6      Q.   There was an article that links the
 7    lawsuit.  Do you see anything in the letter that
 8    links the lawsuit?
 9           MS. MATTOX:  Is that the same letter?
10       There's two letters.
11    BY MR. KAUFFMAN:
12      Q.   I mean there's a reference to a lawsuit
13    filed today.
14           MS. MATTOX:  It says, "A lawsuit filed
15       today."
16           There's a link somewhere in one of the two
17       letters.
18           MR. KAUFFMAN:  Okay.  I'll show the second
19       letter in a second.  Let's deal with one at a
20       time.
21    BY MR. KAUFFMAN:
22      Q.   So the one to Governor DeSantis, do you
23    see any mention of you in this letter?
24      A.   Can you go down, because I believe inner
25    circle and conspiracy were all defined in the
```

Kimberly Grippa
December 22, 2021

Page 244

1   lawsuit.

2       Q.   Okay.  I have to look to the actual

3   lawsuit that was filed, the complaint that was

4   filed.

5       A.   Yes.  Yeah.  Yes.  This was in the paper

6   with a link to the lawsuit immediately.

7       Q.   Okay.  So this is separately, right?

8            This is a letter sent to the governor, and

9   then you read an article that had this letter and

10  link to the lawsuit, right?

11      A.   Yeah.  I think you have to give me more

12  time to go through the entire letter to fully answer

13  this.

14      Q.   Let's go through.  Let's give you the

15  time.  You tell the tech to go up or down, and you

16  let me know where you see any mention of you in this

17  letter.

18           MS. MATTOX:  Okay.  So the letters -- I'm

19           reading from the court order.  The letters

20           expressly reference the lawsuit in which

21           Plaintiff is saying is part of the enterprise,

22           and also included the lawsuit in the letter is

23           a hyperlink.

24           Don't try to trick her about this.  You

25           have provided -- you know very well there's a

Page 245

```
 1           separate letter.  It's either that one or the
 2           other one.
 3                MR. KAUFFMAN:  I'm going to show both
 4           letters, Marie.  I'm doing one at a time here.
 5       BY MR. KAUFFMAN:
 6           Q.   So take a second for this letter, which
 7       was sent to Governor DeSantis, and I'd like you to
 8       identify where you're mentioned.  Take your time.
 9       Tell the tech where you need to go.
10                THE WITNESS:  Can you start at the top
11           please.  Okay, go down a little bit.  Okay,
12           stop.  Okay, please scroll down.  Okay.  Okay,
13           please scroll down.  Okay.  Okay, scroll down.
14           Scroll down.
15                THE VIDEOGRAPHER:  That's the full
16           document.
17           A.   Okay.  I don't see the hyperlink in that
18       one.
19       BY MR. KAUFFMAN:
20           Q.   Do you see any mention of you in this
21       letter?
22           A.   So the discussion of the conspiracy, of
23       the inner circle and all of that.
24           Q.   But that doesn't name you in that inner
25       circle, correct?
```

Kimberly Grippa
December 22, 2021

```
 1        A.   It referenced the lawsuits which defines,
 2   I believe -- didn't the court already rule on this
 3   when he said that the basis for the claim was the
 4   letters to Inspector General Miguel and Governor
 5   DeSantis that incorporated the lawsuit and,
 6   therefore -- I mean, this has already been decided,
 7   hasn't it?
 8        Q.   What I'm asking is the only reference to
 9   you is a -- what you're saying is a reference to an
10   inner circle.
11        A.   It's in the lawsuit.
12        Q.   And then I'd have to look to the lawsuit
13   to figure out where -- who's in that inner circle,
14   correct?
15        A.   What difference does it make?
16        Q.   But is that true?
17             Do you see anything different?
18        A.   I don't know.  I'd like to see the other
19   letter.
20        Q.   Well, let me finish with this one.
21             Do you see anything in this letter other
22   than the reference to an inner circle, undefined
23   inner circle, that would be referencing you?
24             MS. MATTOX:  And the lawsuit.  She's
25        already said the lawsuit also.
```

Kimberly Grippa
December 22, 2021

Page 247

 1            MR. KAUFFMAN:  I know.  I know.
 2      BY MR. KAUFFMAN:
 3         Q.    Other than that.
 4         A.    Well, I would still -- I would like to
 5  read it again, because obviously the judge found the
 6  content in there.  I feel like I'm missing
 7  something.
 8         Q.    You want to scroll up and take a look?
 9            MR. KAUFFMAN:  Do you want to print it out
10         for her, Marie?
11         A.    I would like to see the other letter.
12            MS. MATTOX:  Show her the other letter so
13         that she can --
14            MR. KAUFFMAN:  This is one letter at a
15         time.  This is letter one, and then we're going
16         to -- I'm going to show her letter two.
17            MS. MATTOX:  They have hyperlinks.
18         A.    They have hyperlinks.
19      BY MR. KAUFFMAN:
20         Q.    Well, this one doesn't have a hyperlink,
21  correct?
22            MS. MATTOX:  Then show her the one that
23         does.
24      BY MR. KAUFFMAN:
25         Q.    Okay.  Let me finish my question on this

Kimberly Grippa
December 22, 2021

Page 248

1    letter, because for some reason you don't want to

2    answer it.  I don't know why.

3            In this letter, other than a reference to

4    a lawsuit and undefined inner circle, where does

5    this letter reference you?

6       A.   It doesn't specifically say my name.  It

7    doesn't specifically state my name.

8       Q.   Okay.  Now let's show you Exhibit 119.

9    This 119 is a one-page document.

10      A.   Both hyperlinked and attached.  Thank you.

11           (Thereupon, the referred-to document was

12           identified and will be marked by the

13           stenographer for identification as Defendant's

14           Exhibit 119 after the deposition is concluded.)

15   BY MR. KAUFFMAN:

16      Q.   I'll get to the question.  I'm not trying

17   to trick you.  I'm going one letter at a time here,

18   Ms. Grippa.  Just let me ask a question before you

19   blurt out something.

20      A.   Okay.  I'm sorry.

21      Q.   I know you're excited to see it.

22      A.   Because I remember it and, you know,

23   you're trying to trick me and question my memory.

24      Q.   There's no tricking going on here.  I told

25   you I was going to do this.  I had this pre-marked.

Kimberly Grippa
December 22, 2021

1    This was my next exhibit.

2        A.   So, okay, go ahead.

3        Q.   All right.  Exhibit 119, which has been

4    premarked, and I'll ask the court reporter to mark

5    here, is a letter from the law firm of Tein Malone,

6    dated June 21st, 2019, to Chief Inspector General

7    Miranda Miguel.

8             And in this letter where do you see -- and

9    this is -- you see the entirety of it on your

10   single-page document.  Where do you see you

11   referenced in the letter?

12       A.   In the hyperlink.

13       Q.   You mean if I were to go to the lawsuit

14   hyperlink --

15       A.   Inner circle.  Again, he's using the term.

16   He's using the terms that are then defined in the

17   lawsuit, and the people are named in the lawsuit.

18       Q.   Okay.  So you're saying that Mr. Patronis

19   and his enterprise, and then I would have to look at

20   the lawsuit to see how that's defined?

21       A.   Yes.  He's incorporated it via the letter.

22   He's incorporated the contents of the lawsuit via

23   the letter.

24       Q.   Okay.  So for anyone to interpret what

25   this means, they'd have to read the lawsuit, right?

Kimberly Grippa
December 22, 2021

Page 250

1        A.   Well, it's not hard to click a hyperlink
2   and see a circle diagram with a bunch of names on
3   it.  It wouldn't require much investigation at all
4   to see the names in the circle diagram.
5        Q.   Right.  And to find your name, I'd have to
6   look at the lawsuit, correct?
7        A.   Yeah, I guess, for that letter.
8        Q.   Yeah.  I mean, this letter and the other
9   letter, correct?
10        A.   I don't know what difference it makes.
11   And then the tons of articles that came after that
12   in which my name was listed, and everybody was
13   listed.  I mean, very --
14        Q.   You're talking about like articles that
15   are discussing the whole lawsuit, right?
16        A.   The letter and the lawsuits.
17        Q.   Did you -- did you sue any of the
18   reporters who reported the lawsuit for defamation?
19        A.   I believe they have a privilege; do they
20   not?
21        Q.   Okay.  All right.  So you did not sue any
22   reporters, right?
23        A.   I can't even get a reporter to be deposed,
24   so I don't know how I would expect to sue a
25   reporter.

Kimberly Grippa
December 22, 2021

Page 255

1     court reporter.

2           Mary, it will be our normal -- we're off

3     the record?

4           THE VIDEOGRAPHER:  Yes, sir.  Off the

5     record.  The time is 4:15 p.m.

6           MR. KAUFFMAN:  It's going to be our

7     regular order, Mary, okay?

8           MS. MATTOX:  I want a copy.  Thank you.

9           (Witness produces her Florida Driver

10    License.)

11   (The deposition was concluded at 4:23 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kimberly Grippa
December 22, 2021

Page 256

1                    CERTIFICATE OF OATH

2

3

4

5

6    STATE OF FLORIDA    )

7    COUNTY OF LEON       )

8

9

10          I, Mary Bouchard, Registered Professional

11   Reporter, Notary Public, State of Florida, certify

12   that KIMBERLY GRIPPA remotely appeared before me via

13   Zoom on the 22nd day of December, 2021, and was duly

14   sworn.

15

16          Signed this 22nd day of December, 2021.

17

18

19   _____

20   MARY BOUCHARD
     REGISTERED PROFESSIONAL REPORTER
21   Notary Public, State of Florida
     My Commission No. GG 212884
22   Expires: June 16, 2022

23

24

25

Kimberly Grippa
December 22, 2021

Page 257

1                   CERTIFICATE OF REPORTER

2

3

4
     STATE OF FLORIDA   )
5
     COUNTY OF LEON     )
6

7

8            I, Mary Bouchard, Registered Professional

9     Reporter, certify that I was authorized to and did

10    stenographically report the video-recorded

11    deposition via Zoom of KIMBERLY GRIPPA, Volume 2,

12    pages 145 through 255; that a review of the

13    transcript was requested; and that the transcript is

14    a true record of my stenographic notes.  I further

15    certify that I am not a relative, employee,

16    attorney, or counsel of any of the parties, nor am I

17    a relative or employee of any of the parties'

18    attorneys or counsel connected with the action, nor

19    am I financially interested in the action.

20            Dated this 7th day of January, 2022.

21

22

23    _____

24            MARY BOUCHARD
              REGISTERED PROFESSIONAL REPORTER
25

Kimberly Grippa
December 22, 2021

Page 258

1    January 7, 2022

2    Kimberly Grippa, Esq.
     c/o Marie A. Mattox, Esq.
3    203 North Gadsden Street
     Tallahassee, FL  32301
4
     In re:  Kimberly Grippa v. Ronald Rubin
5            Case No.:  4:20cv457-MW/MAF, Volume 2

6    Please take notice that on the 22nd day of December
     2021, you gave your deposition in the above cause.
7    At that time, you did not waive your signature.
     Please call (888) 811-3408 or email
8    production@phippsreporting.com between the hours of
     9 a.m. and 4:00 p.m., Monday through Friday, for a
9    read-only PDF transcript via computer.  Please
     execute the PDF-fillable Errata Sheet which will be
10   forwarded to you by Phipps Reporting.  The Errata
     Sheet can also be downloaded from
11   www.phippsreporting.com.  Once completed, please
     print, sign and return to us for distribution to all
12   parties.

13   If you do not read and sign the transcript within
     thirty (30) days, the original, which has already
14   been forwarded to the ordering attorney, may be
     filed with the Clerk of the Court.
15
     If you wish to waive your signature now, please sign
16   your name to the blank at the bottom of this letter
     and return to Phipps Reporting, 1551 Forum Place,
17   Suite 200E, West Palm Beach, FL  33401.

18   Very truly yours,

19   *Mary Bouchard*

20

21   Mary Bouchard, RPR

22                               _____

23                               Kimberly Grippa

24   CC: J. Kauffman, Esq.

25   Job No. 220541

Kimberly Grippa
December 22, 2021

Page 259

1              ERRATA SHEET

2          DO NOT WRITE ON TRANSCRIPT
           ENTER CHANGES ON THIS PAGE
3
   In re:  Kimberly Grippa v. Ronald Rubin
4          Case No.:  4:20cv457-MW/MAF

5                   Volume 2

6                 KIMBERLY GRIPPA
                  December 22, 2021
7

8   PAGE    LINE          CHANGE

9   _____

10  _____

11  _____

12  _____

13  _____

14  _____

15  _____

16  _____

17  _____

18  _____

19  _____

20  Under penalties of perjury, I declare that I have
    read the foregoing document and that the facts
21  stated in it are true.

22

23  _____         _____

24  Date                     Kimberly Grippa

25  Job No. 220541