## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**KIMBERLY GRIPPA,**          **CASE NO. 4:20-cv-00457-MW-MAF**

     **Plaintiff,**

**v.**

**RONALD RUBIN,**

     **Defendant.**

_____/

## PLAINTIFF'S MOTION TO STAY PENDING RULING FROM SOUTHERN DISTRICT ON MOTION TO COMPEL SETH GORDON RECORDS

Plaintiff, KIMBERLY GRIPPA, pursuant to N.D. Local Rule 7.1, files this Motion to Stay Pending Ruling from Southern District on Motion to Compel Seth Gordon Records and states the following in support thereof:

1.     On November 17, 2021, Plaintiff filed a Motion to Compel Documents Subject to Subpoena from Nonparty Seth Gordon.  [See ECF 76].

2.     On November 19, 2021, the Court entered an Order for In Camera Review of documents that Gordon withheld on a claim of privilege.  [See ECF 79].

3.     On or around December 10, 2021, the Plaintiff understands that Gordon caused documents to be submitted or he submitted documents to the Court for review in compliance with ECF 79.

4.     On February 22, 2022, this Court entered an Order denying the Plaintiff's Motion to Compel on several grounds, one of which was that the Court lacked jurisdiction to enforce the subpoena and that jurisdiction was properly in either the Middle or Southern Districts of Florida. [See ECF 111].

5.     On February 22, 2022, a Motion to Compel the production of Documents from Seth Gordon, similar to the Motion filed in this Court, was filed in the Southern District of Florida and remains pending.

6.     Plaintiff believes that there are documents that are in Mr. Gordon's possession that will show the level of malice by Ron Rubin against Ms. Grippa and will assist her in responding to the Defendant's Motion for Summary Judgment.  She already has one such documents, attached hereto as Exhibit 144, showing a counter offensive that was launched after she reported Rubin's inappropriate behavior toward her when they had lunch in March 2019.

7.     Plaintiff is requesting a forty-five day stay to allow for resolution of this issue by the Southern District.  If the Motion is granted, Plaintiff requests a ten-day extension to respond to the pending Motion for Summary Judgment from the date that Plaintiff receives the documents that Gordon is ordered to produce to Plaintiff.

8.     If the Motion is denied, Plaintiff requests a ten-day extension from the

ruling to file her response to the pending Motion.

9.     This Motion is not filed for the purpose of delay but is filed in good faith based on the representations made above.

10.     Counsel for Defendant has been consulted and opposes the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that this matter be stayed for a period of forty-five days and that Plaintiff be permitted to file her response as requested above after the ruling by the Southern District, all for the reasons set forth more fully above.

Respectfully submitted,


/s/ Marie A. Mattox
Marie A. Mattox [FBN 07396875]
MARIE A. MATTOX, P.A.
203 North Gadsden Street
Tallahassee, FL 32301
Telephone: (850) 383-4800
ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF WORD COUNT AND FONT

I HEREBY CERTIFY that this document contains 556 words and has been typed in 14-point font.

/s/ Marie A. Mattox
Marie A. Mattox


Page 3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been

furnished to all counsel of record by CM/ECF this 7th day of March 2022.


/s/ Marie A. Mattox
Marie A. Mattox