**Kendall Coffey**

| | |
|---|---|
| **From:** | Seth Gordon <seth@sethgordon.com> |
| **Sent:** | Thursday, May 30, 2019 7:10 AM |
| **To:** | Ronald Rubin (rlrlr@yahoo.com); Kendall Coffey; Daniel F. Blonsky |
| **Cc:** | Bernie E. Navarro (bernie@benworthcapital.com) |
| **Subject:** | FW: POLITICO Florida Playbook: Mueller time — Texts build Rubin intrigue — Cabinet meets far away — Looking for school safety answers |

⊓碇

## The Counter-Offensive is Launched

**From:** Gary Fineout and Matt Dixon <floridaplaybook@politico.com>
**Sent:** Thursday, May 30, 2019 7:03 AM
**To:** Seth Gordon <seth@sethgordon.com>
**Subject:** POLITICO Florida Playbook: Mueller time — Texts build Rubin intrigue — Cabinet meets far away — Looking for school safety answers

View in browser

☒

GARY FINEOUT   MATT DIXON       ISABEL DOBRIN

**Good Thursday morning.** We are going to start with a whodunit. Ronald Rubin, Florida's top financial regulator, says he is being targeted by those who want him out. His offense? Not hiring the right person as his general counsel. Those who want Rubin gone, chiefly state CFO Jimmy Patronis, say misconduct complaints filed against Rubin make him ineligible for public service. Who is right? Take a look at the complaint, the response, and the texts, and decide for yourself.

**CHECK THE TEXTS — "Florida financial regulator says his suspension was political retribution," by POLITICO Florida's Matt Dixon:** Ronald Rubin, the state financial regulator under investigation for sexual misconduct, now says he was suspended from his job as retribution for refusing to hire a political ally of his boss. Chief Financial Officer Jimmy Patronis coordinated with a lobbyist and other political allies to pressure Rubin to install the person in a top job



1

at the Office of Financial Regulation, Rubin wrote in a <u>statement</u>
submitted to investigators Tuesday. <u>Read more</u>

**▌ ...TRUMPLANDIA AND THE SWAMP...**

**A NEW HEADACHE? ... MIAMI HERALD: "Federal prosecutors
demand Cindy Yang records from Mar-a-Lago, Trump campaign,"
by Jay Weaver, Sarah Blaskey, Caitlin Ostroff and Nicholas
Nehamas:** "Federal prosecutors in Washington, D.C., this week sent
subpoenas to Mar-a-Lago, President Donald Trump's private club in
Palm Beach, and Trump Victory, a political fundraising committee,
demanding they turn over all records relating to Republican Party
donor Li 'Cindy' Yang and several of her associates and companies, the
Miami Herald has learned.

**"Yang, a South Florida massage-parlor entrepreneur,** is the target
of a public corruption investigation seeking to determine if she
funneled money from China to the president's re-election campaign or
otherwise violated campaign-finance laws. She became a GOP donor
in the 2016 election cycle and opened a consulting company that
promised Chinese businesspeople the chance to attend events at Mar-
a-Lago and gain access to Trump and his inner circle.

**"Some of those events were campaign fundraisers** that required
guests to buy tickets for entry, payments that are considered political
contributions. Foreign nationals are prohibited from donating to U.S.
political campaigns." <u>Read more</u>

**WHAT THEY SAID — "Mueller reaction: South Florida
congressman says Congress must conduct inquiry that could
lead to Donald Trump impeachment," by Sun Sentinel's Anthony
Man:** "U.S. Rep. Ted Deutch, a South Florida Democrat and senior
member of the House Judiciary Committee, said Wednesday that
Congress needs to conduct an inquiry into whether President Donald
Trump 'violated his oath of office, broke the public trust, and
committed high crimes and misdemeanors.'" <u>Read more</u>

**VEEP — "Vice president may arrive for five-day Sanibel visit on Friday," by Daily News' Stacey Henson:** "The Federal Aviation Administration's website shows a very important person is due to arrive on Sanibel on Friday for a five-day stay. Past similar announcements, stating 'VIP Movement Notification' were related to Vice President Mike Pence. If it is him, he would leave Southwest Florida on June 4. The White House and Pence's website did not respond to emails asking for verification." Read more

**⌷ ... DATELINE TALLAHASSEE ...**

**FIGHT AHEAD — "Abortion rights supporters demand Florida senator's 'racist' comments be condemned," by Sun Sentinel's Skyler Swisher:** "Abortion rights advocates are demanding a state senator be rebuked for controversial comments that have been called racist, the latest flash point in a debate growing more heated amid renewed efforts in Florida to chip away at *Roe v. Wade.*" Read more

**FAR AWAY LAND — "DeSantis convenes historic Florida Cabinet meeting in annex of U.S. Embassy in Jerusalem," by Tallahassee Democrat's Jeffrey Schweers:** "Florida's historic Cabinet meeting in what turned out to be an annex of the new U.S. Embassy in Jerusalem went off with only minor glitches with the phone conferencing equipment, and got downright personal for the only Jewish member, Nikki Fried." Read more

**REMEMBER THIS? — "Testimony from brother of Andrew Gillum, others surfaces in ethics case," by Tallahassee Democrat's Jeff Burlew:** "Missing receipts and ticket stubs, a coveted black American Express card and cash-filled envelopes were just some of the details that emerged in video depositions of key players in the ethics investigation of Andrew Gillum and his out-of-town vacations." Read more

**SOON? — "Florida's cannabis director says hemp permits could be issued before the year is out," by WFSU's Ryan Dailey:** "The state hemp program, given the green light by Florida legislators this

session, is still waiting on a signature from Governor Ron DeSantis. But plans are already in motion to have grower permits issued, potentially before the year is out. Holly Bell is the state's first Director of Cannabis under the Department of Agriculture and Consumer Services." Read more

**FLEX — "DeSantis vetoes bill supported by 153 state legislators and opposed by one, Randy Fine," by Florida Today's Dave Berman:** "Gov. Ron DeSantis has used one of his first vetoes as governor to kill a bill that would have changed the way a South Brevard County water control district sets its user fees." Read more

**NOPE — "Lawsuit saying state Cabinet meeting in Israel flouts Sunshine law is rejected twice," by Miami Herald's Elizabeth Koh:** "A lawsuit against Gov. Ron DeSantis and the Florida state Cabinet seeking to stop their 'ceremonial' meeting in Jerusalem Wednesday stalled after a county judge rejected it for the second time in two days. The meeting went on as planned." Read more

**LAW — "DeSantis says anti-Semitism in Florida schools 'verboten' after bill signing in Israel," by Tallahassee Democrat's Jeffrey Schweers:** "Randy Fine, a Republican legislator from Melbourne Beach, got personal Wednesday when he sat down with Gov. Ron DeSantis at the King David Hotel in Jerusalem to sign a bill adding anti-Semitism to the categories of discrimination outlawed by Florida." Read more

**— WHERE'S RON? —** Meeting with Israeli Prime Minister Benjamin Netanyahu during the final day of a trade mission to that country.

**▌ ...TRAIL MIX...**

**REMEMBER THIS? — "Testimony from brother of Andrew Gillum, others surfaces in ethics case," by Tallahassee Democrat's Jeff Burlew:** "Missing receipts and ticket stubs, a coveted black American Express card and cash-filled envelopes were just some of the details that emerged in video depositions of key players in the ethics

investigation of Andrew Gillum and his out-of-town vacations." Read more

**INCREASING NUMBERS — "Puerto Rico Democratic Leader Makes Voter Registration Push In Florida," by WLRN's Bradley George:** "Puerto Ricans who live in Florida need to register to vote here, in order to have a say in the island's future. That's the message from the chair of the Puerto Rico Democratic Party as he tours Florida this week. According to the Pew Research Center, Puerto Ricans make up about a third of eligible Hispanic voters in Florida. Thousands moved to the state following hurricanes Irma and Maria in 2017." Read more

**⬛ ...GUNSHINE STATE...**

**THUMBS UP — "School Board approves guardian program," by Daily News' Kaylin Parker:** "The Okaloosa County School Board on Tuesday unanimously approved the implementation of the Coach Aaron Feis Guardian Program, which will allow trained school employees to voluntarily carry weapons. The vote came after 23 people offered their opinions about the program, some for and some opposed." Read more

**NOPE — "Judge denies stand-your-ground motion in fatal shooting of B-CU football player," by News-Journal's Frank Fernandez:** "In denying a stand-your-ground defense, a judge ruled that Lamont 'Cornbread' Postell Jr. appeared more like he was seeking revenge for a beating rather than fearing for his life when he shot dead a Bethune-Cookman University football player." Read more

**LOOKING — "In search of school shooting solution, 2 Florida lawmakers went to class in Israel. Here's what they learned," by Jeffrey Schweers in Sun Sentinel:** "Florida Rep. Randy Fine and Sen. Lauren Book may be on opposite ends of the political spectrum but they found some common ground in Israel on school safety issues." Read more

**❚ ...HURRICANE HOLE...**

**HELP — "Tax holiday on storm-season supplies arrives Friday,"
by News Service of Florida's Jim Turner:** "A little nudging for storm
prep shouldn't be necessary after Matthew battered Florida's east
coast in 2016, Irma essentially drenched the entire state in 2017, and
Michael ground up a chunk of the Panhandle last year." Read more

**WHOA — "More than half of all apartments in Bay County still
damaged by Hurricane Michael," by News Herald's Patrick
McCreless:** "More than half of all apartments in Bay County are still
damaged by Hurricane Michael and few of those units will be available
until at least fall. Panama City Community Development data shows
that as of May 14, out of 8,384 apartments in the county, only 3,837
were considered livable and of those, just two were listed as available."
Read more

**BAD VIBES — "Florida forecasters, state aware of 'skittishness'
following three years of big storms," by News Service of Florida's
Jim Turner:** "A faded banner, draped across the second-story balcony
of a weather-battered shell of a home, sends a message: 'Mexico Beach
will rise again.'" Read more

**❚ ...PENINSULA AND BEYOND...**

**REJECTED — "County OKs conversion-therapy ban," by
Gainesville Sun's Sarah Nelson:** "Alachua County has joined more
than a dozen other Florida counties in banning the controversial
practice of conversion therapy on minors. The County Commission
voted Tuesday to ban licensed therapists from administering the
therapy, which aims to change someone's sexual orientation or gender
identity through psychological treatment." Read more

**WAIT — "Gainesville mayor sports Bulldogs gear," by Gainesville
Sun's Andrew Caplan:** "Gainesville Mayor Lauren Poe may have a
tough time explaining his latest wardrobe choice the next time he steps
onto the University of Florida campus. Poe made good on a bet

Tuesday that he had with Athens, Georgia Mayor Kelly Girtz for a water conservation competition." Read more

**ON THE RISE — "JEA predicts huge rate increases over next decade," by Times-Union's David Bauerlein:** "JEA customers face the potential for steep, double-digit increases in electric and water rates over the next decade if JEA clings to a 'status quo' approach in the face of changes in the utility industry, according to a dire outlook given to the JEA board on Tuesday." Read more

**AGAIN — "Court again rejects Redner pot arguments," by News Service of Florida:** "An appeals court refused Tuesday to reconsider its decision rejecting arguments that prominent Tampa strip-club owner Joe Redner should be able to grow his own medical marijuana to help fight lung cancer." Read more

**MIRROR? — "High-performing Duval charter schools mimic nearby high-performing public schools," by Times-Union's Emily Bloch:** "Charter schools are hailed as the education system's silver bullet for smaller class sizes, individualized curriculum and for how they stray away from 'one-size-fits-all education.' But Duval County School Board members express concerns that local charter schools who perform well draw from the same pool of well-performing students who would attend public schools." Read more

**▌ ...ODDS, ENDS, AND FLORIDA MEN...**

**— "Florida man calls 911 to brag after fleeing traffic stop: 'Like what do we pay you guys for?'" by First Coast News:** "A St. Johns County man has been arrested on multiple charges after deputies say he fled a traffic stop and then calling to brag about it. Nicholas Jones, 19, was arrested on May 5 for reckless driving, fleeing and eluding, misusing 911 and violation of probation after doing a 'burnout' during a traffic stop and then calling to ask 911 why he had not yet been caught." Read more

— **"Florida's largest pot dispensary coming to Daytona Beach,"
by News-Journal's Jim Abbott:** <u>Read more</u>

— **"Sharks popping up all around Florida for summer beach
season," by Orlando Sentinel's Richard Tribou:** <u>Read more</u>

— **"Florida Farmers Struggle To Compete With Mexican Imports,"
by WJCT's Shawn Mulcahy:** <u>Read more</u>

— **"Sarasota County property values edge upward," by Herald-
Tribune's Barbara Peters Smith:** <u>Read more</u>

— **"Sarasota County property values edge upward," by Tampa
Bay Times' Josh Solomon:** <u>Read more</u>

— **"'Did she just say something?' Tampa City Council disrupted
by a cough or something more?" by Tampa Bay Times' Charlie
Frago:** <u>Read more</u>

— **"Duke Energy Florida's CEO prioritizes hurricane response
and diversity," by Tampa Bay Times' Malena Carollo:** <u>Read more</u>

**BIRTHDAYS:** Former Rep. **Dan Miller** (R-Fla.) is 77 ... State's **Rob
Noel** , a Rubio alum (h/t fiancée Christina Mandreucci)

*Want to make an impact? POLITICO Florida has a variety of
solutions available for partners looking to reach and activate the
most influential people in the Sunshine State. Have a petition you
want signed? A cause you're promoting? Seeking to increase brand
awareness amongst this key audience? Share your message with our
influential readers to foster engagement and drive action. Contact
Jesse Shapiro to find out how:* <u>jshapiro@politico.com</u>.

## Follow us on Twitter



**Gary Fineout** @fineout
**Matt Dixon** @Mdixon55

## Subscribe to the POLITICO Playbook family

**Playbook | Playbook PM | California Playbook | Florida Playbook | Illinois Playbook | Massachusetts Playbook | New Jersey Playbook | New York Playbook | Brussels Playbook | London Playbook**

**View all our political and policy newsletters**

**FOLLOW US**

  

To change your alert settings, please go to https://secure.politico.com/settings



This email was sent to seth@sethgordon.com by: POLITICO, LLC 1000 Wilson Blvd. Arlington, VA, 22209, USA

Please click here and follow the steps to unsubscribe.

Scanned by McAfee and confirmed virus-free.