UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KIMBERLY GRIPPA,**          CASE NO. 4:20-cv-00457-MW-MAF

   **Plaintiff,**

v.

**RONALD RUBIN,**

   **Defendant.**
_____/

**PLAINTIFF'S RESPONSE TO ORDER REQUIRING SUPPLEMENTAL RESPONSE ON ISSUE OF FUTILITY**

Plaintiff, KIMBERLY GRIPPA, files this Response to Order Requiring Supplemental Response on Issue of Futility and states:

**CONTEXTUAL BACKGROUND – RUBIN'S STRATEGY**

On May 10, 2019, a female employee of the Office of Financial Regulation (OFR) filed a formal complaint about improper conduct by Ronald Rubin. On May 13, 2019, Kim Grippa filed a complaint with OFR detailing improper conduct by Ronald Rubin during a luncheon they had in March, 2019.

After these and other complaints by females within OFR were made public and Chief Financial Officer Jimmy Patronis began publicly denouncing Rubin, Rubin turned on the offensive and hired Seth Gordon, a publicist. The counter

Page 1

offensive email, Exhibit 144, filed herewith, summarizes Rubin's attempt to maneuver through the press to fight back against not only Kim Grippa, but another person he falsely targeted as causing his demise, Paul Mitchell. Examples of the articles that were instigated by Seth Gordon, who was paid by Rubin's father [see Exhibit 1a] include Exhibits 145, 146, 147, and 246. Kendall Coffey was representing Rubin at the beginning of this façade. The Tein Malone firm took over where Coffey and Gordon left off.

The "client", Ronald Rubin, is the common denominator, the ultimate arbiter of the actions taken by his agents on his behalf, and has remained the same, whether he was represented by Kendall Coffey, assisted by Seth Gordon, or by the Tein Malone firm. The ball started rolling with Seth Gordon and there has been a consistent counter offensive through the actions of Gordon through Tein Malone.

Gordon's documents, Plaintiff believes, will show a consistent plan of attack by Gordon that was adopted and perpetuated by Michael Tein through his letters written on behalf of Ronald Rubin [see ECF 4-3] against Kimberly Grippa and his attack on Paul Mitchell and others, including Grippa, in Rubin's Complaint filed on June 24, 2019, by Michael Tein. [See Exhibit 1b].

Whether Gordon ceased his role in the counter offensive attack in June 2019 or not, his emails and other communications in May and June, 2019, are expected

to show the level of malevolence by Rubin and his "team" to destroy everyone, mostly Kim Grippa and Paul Mitchell, who crossed him.

Interestingly, although Rubin may (and is) attempting to distance himself from Gordon and Michael Tein in his filings of late, there is not one iota of evidence that Rubin ever told Tein, or Gordon for that matter, to stop the counter offensive through the media, letters, and the lawsuit the Tein Malone firm filed against Paul Mitchell that references the supposed criminal enterprise, of which Kim Grippa is a named coconspirator. He claims now in his summary judgment filings that he did not "author, contribute, direct or approve the June 21, 2019 letters that Michael Tein sent to Governor DeSantis and Inspector General Miguel." Rubin has never disavowed the statements in those letters that were made on his behalf.

Rubin's new-found position is belied by his adoption of the counter offensive letter that Gordon sent on May 30, 2019 (Rubin is copied), his approval of the complaint that was filed by Tein on his behalf on June 24, 2019 naming Grippa as a coconspirator, and his tacit approval of all of the articles that Gordon orchestrated on his behalf (recall that Gordon was paid by Rubin's father for services for Rubin).

Plaintiff has no doubt that the Gordon documents will show that Rubin

intended to destroy Kim Grippa and Paul Mitchell, and that his proxies devoted time and money doing so, leading to hiring the Tein Malone firm to file the lawsuit on facts and a narrative that were initially developed by Gordon. One can hardly characterize the attempt to discover those documents as "futile" at this stage of the proceedings. Rubin is simply replaying a hand he has played throughout this case: to try and maintain a monopoly on the storehouse of relevant information and to prevent it from ever seeing the light of day, because doing so would expose his charade in full.

                              Respectfully submitted,

                              /s/ Marie A. Mattox
                              Marie A. Mattox [FBN 07396875]
                              MARIE A. MATTOX, P.A.
                              203 North Gadsden Street
                              Tallahassee, FL 32301
                              Telephone: (850) 383-4800
                              ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF WORD COUNT AND FONT**

I HEREBY CERTIFY that this document contains 796 words and has been typed in 14-point font.

                              /s/ Marie A. Mattox
                              Marie A. Mattox

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record by CM/ECF this 10th day of March 2022.

/s/ Marie A. Mattox
Marie A. Mattox