IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KIMBERLY GRIPPA,**

  *Plaintiff,*

v.                                              Case No.: 4:20cv457-MW/MAF

**RONALD RUBIN,**

  *Defendant.*
  _____/

## ORDER GRANTING STAY AND EXTENSION

This Court has considered, without hearing, Plaintiff's motion to stay, ECF No. 112, and Plaintiff's motion for extension of time, ECF No. 113. Defendant opposes both motions, arguing that Plaintiff filed her motions too late and that granting a stay would be futile as the documents Plaintiff seeks from Seth Gordon have no bearing on this case. ECF No. 114. Plaintiff, pursuant to this Court's directive, ECF No. 115, filed a reply arguing that the Gordon documents are highly relevant to her claims. ECF No. 116.

Upon reading the parties' thoughtful arguments, this Court has determined that the Gordon documents likely have some relevance to the instant case and granting a stay would not be futile. Moreover, the only delay in this case resulted from this Court's own error. This Court has a "strong preference for deciding cases on the merits—not based on a single missed deadline—whenever reasonably

possible." *Perez v. Wells Fargo N.A.*, 774 F.3d 1329, 1332 (11th Cir. 2014). This Court is responsible for the delay, and the parties should not be prejudiced as a result. Accordingly, Plaintiff's motion to stay, ECF No. 112, and Plaintiff's motion for extension of time, ECF No. 113, are **GRANTED**. This case is stayed pending a ruling from the Southern District of Florida on Plaintiff's motion to compel. Plaintiff shall file her response to Defendant's pending motion for summary judgment within ten days of the Southern District's order.

    **SO ORDERED on March 11, 2022.**

                                                             <u>s/Mark E. Walker</u>
                                                             **Chief United States District Judge**