IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KIMBERLY GRIPPA,**

    *Plaintiff*,

v.                                     Case No.: 4:20cv457-MW/MAF

**RONALD RUBIN,**

    *Defendant*.

_____/

## NOTICE OF APPEAL

Please take notice that Defendant Ronald L. Rubin hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Appealable Order entered on March 22, 2023, which denied Mr. Rubin's motion for summary judgment on litigation privilege grounds, and the subsequent Order of Clarification entered on April 4, 2023. *See* ECF Nos. 135, 138. The district court extended the time to file this notice for the maximum time allowed under Fed. R. App. P. 4(a)(5).

The collateral order doctrine permits interlocutory appeals from decisions that are effectively unreviewable on appeal from the final judgment, including decisions on the application of absolute or qualified privileges. *See Shanks v. AlliedSignal, Inc.*, 169 F.3d 988, 991 (5th Cir. 1999) (denial of a summary judgment motion based on litigation privilege is immediately appealable). Furthermore, whether the litigation privilege applies "is a merits argument, not a jurisdictional one."

*BancPass, Inc. v. Highway Toll Admin., L.L.C.*, 863 F.3d 391, 398 (5th Cir. 2017) (Jurisdiction over an appeal is "determined by focusing upon the category of order appealed from, rather than upon the strength of the grounds for reversing the order.") (citing *Behrens v. Pelletier*, 516 U.S. 299, 311 (1996)).

Dated this 22nd day of May, 2023.

                                        **RONALD RUBIN,**
                                        **Defendant,**
                                        **By Counsel,**

/s/ James L. Kauffman

James L. Kauffman (FL # 012915)
Bailey & Glasser LLP
1055 Thomas Jefferson Street NW
Suite 540
Washington DC 20007
T: 202.463.2101
F: 202.463.2103
jkauffman@baileyglasser.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2023, a copy of the foregoing document was filed and served via the Court's CM/ECF system to all counsel of record.

/s/ James L. Kauffman

James L. Kauffman

2